HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EZRA DYLAN BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EZRA DYLAN BURTON<br><br>Defendant. | Case No.  6:22-mj-00012-HBK<br><br>**STIPULATION TO CONTINUE; ORDER**<br><br>Date:   August 12, 2022<br>Time:   10:00 a.m.<br>Judge:  Hon. Erica P. Grosjean |

The defendant, through counsel, Griffin Estes Assistant Federal Defender, counsel for the defendant EZRA DYLAN BURTON, and the United States hereby stipulate as follows:

1. By previous order, a detention hearing in this matter was set on August 12, 2022.
2. By this stipulation, the parties stipulate that the detention hearing may be continued to August 15, 2022.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:  August 11, 2022         */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney


Dated:  August 11, 2022         HEATHER E. WILLIAMS
Federal Defender

*/s/  Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
EZRA DYLAN BURTON


# **O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation to continue case 6:22-mj-00012-HBK to August 15, 2022, at 2:00 pm before the Duty Magistrate Judge is hereby accepted and adopted as the order of this Court.
IT IS SO ORDERED.

Dated:  **August 11, 2022**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE