UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>EZRA DYLAN BURTON | Case No. 6:22-mj-00012-HBK-1<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE<br><br>(Doc. No. 16) |

Pending before the Court is the Defendant's request incorporated in his sentencing memorandum that Defendant, Ezra Burton, be permitted to appear by video teleconference for the October 4, 2022 status conference scheduled before the Court. (Doc. No. 16). On September 8, 2022, the parties filed a Plea Agreement. (Doc. No. 12). Accordingly, the Court will set the October 4, 2022 status conference to a status conference and plea hearing.

Defendant was charged by a six count misdemeanor criminal complaint. for various misdemeanor violating different regulations in the Code of Federal Regulations. (Doc. No. 1). Defendant requests an appearance by video teleconference because he is currently lives in Oregon, approximately a ten-hour drive from Yosemite National Park, and does not have a car, and requests the remote appearance in order to not burden his family. (Doc. No. 16).

Hinging on the defendant's consent, video conferencing may be used to conduct arraignments, please, trials and sentencing for misdemeanor offenses. Fed. R. Crim. P. 43(b)(2). As authorized by Section 15002(b)(3) of the CARES Act, on March 30, 2020, General Order No.

614 authorizes the use of video conferences for initial appearances subject to the discretion of each judge. On September 19, 2022, General Order 614 was extended by General Order No. 655 for an additional 90 days to expire on December 18, 2022.

Defendant is charged with misdemeanor offenses. The Court notes that Defendant was released from custody and ordered to reside with a third-party custodian, Gary Burton, who is Defendant's father. (Doc. No. 8). The Court further takes judicial notice that Pretrial Services filed a Violation Petition for Defendant allegedly violating the conditions of his release. (Doc. No. 10).

Defendant's request for a remote appearance for the status conference and plea hearing to be held on October 4, 2022 is GRANTED. The Court reminds parties that the Federal Rules of Criminal Procedure will be controlling to determine if a video conference is authorized. Certain hearings that were previously authorized by video conference, due to the COVID-19 pandemic, may no longer be authorized. This Order only pertains to the October 4, 2022 hearing and any subsequent requests to appear by video teleconference will need to granted by the Court.

Accordingly, it is **ORDERED**:

1. Defendant's request to appear via video conference for his October 4, 2022 status and plea hearing is GRANTED.
2. The Court requests that Defendant's third-party custodian and Pre-Trial Services Officer Francisco J. Guerrero also appear by video conference for the October 4, 2022 hearing.

Dated:   September 30, 2022

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE