**IN THE UNITED STATES DISTRICT COURT**

**For The**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:22-mj-0012-001-HBK |
| | ) | |
| Plaintiff, | ) | **[FIRST AMENDED] DEFENDANT'S** |
| v. | ) | **STATUS REPORT ON** |
| | ) | **UNSUPERVISED PROBATION** |
| EZRA DYLAN BURTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**  36 CFR 2.32(a)(1)

**Sentence Date:**  October 4, 2022

**Review Hearing Date:** September 12, 2023

**Probation Expires On:** October 4, 2023

## _CONDITIONS OF UNSUPERVISED PROBATION:_

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10 which Total Amount is made up of a Fine: $  Special Assessment: $ 10  Processing Fee: $ Restitution: $

☐ **Payment schedule of $** per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** 7 days in custody with credit for 7 days; ban from Yosemite National Park during duration of probation

## _COMPLIANCE:_

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**<u>Otherwise:</u>**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 10
    ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                          Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has not returned to Yosemite National Park

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Sean O. Anderson

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 09/12/2023 at 10 am Choose an item.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's  appearance for the review hearing be waived.

DATED:  08/30/23         _/s/ Kara R. Ottervanger_____
                DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing is VACATED.

☐ DENIED.

DATED:  September 6, 2023                  
               UNITED STATES MAGISTRATE JUDGE